# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 51st JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:     NO. 480
:
:     MAGISTERIAL RULES DOCKET
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 51st Judicial District (Adams County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 51-3-01, 51-3-02, 51-3-03 and 51-3-04, within Adams County, to be effective immediately, is granted.

     Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 51-3-01<br>Magisterial District Judge Matthew R. Harvey | Gettysburg Borough<br>Straban Township |
| Magisterial District 51-3-02<br>Magisterial District Judge Christopher A. Snyder | Bonneauville Borough<br>Littlestown Borough<br>McSherrystown Borough<br>Conewago Township<br>Germany Township<br>Mount Joy Township<br>Mount Pleasant Township<br>Union Township |

Magisterial District 51-3-03
Magisterial District Judge Tony J. Little

Abbottstown Borough
East Berlin Borough
New Oxford Borough
York Springs Borough
Berwick Township
Hamilton Township
Huntington Township
Latimore Township
Oxford Township
Reading Township
Tyrone Township

Magisterial District 51-3-04
Magisterial District Judge Mark D. Beauchat

Arendtsville Borough
Bendersville Borough
Biglerville Borough
Carroll Valley Borough
Fairfield Borough
Butler Township
Cumberland Township
Franklin Township
Freedom Township
Hamiltonban Township
Highland Township
Liberty Township
Menallen Township